IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANY KENNEDY, NIADRA LEMONS,
ALLISON EASTMAN, ANTOINETTE
DE LA CRUZ, BENITA JOE, and
NICOLE ROMERO,

        Plaintiffs,

vs.                                                  No. 1:15-cv-00742-SCY-WPL

SECRETARY OF THE NEW MEXICO
CORRECTIONS DEPARTMENT, GREGG
MARCANTEL; DEPUTY SECRETARY
OF OPERATIONS OF THE NEW MEXICO
CORRECTIONS DEPARTMENT, JOE W.
BOOKER, JR.; DIRECTOR OF ADULT PRISONS
OF THE NEW MEXICO CORRECTIONS
DEPARTMENT, JERRY ROARK; FORMER
WARDEN JOSEPH GARCIA; FORMER WARDEN
ROBERT STEWART; MAJOR ANDREW SWEENEY,
LIEUTENANT DONALD DAVIS; CORRECTIONS
OFFICER DONALD COHEN; CORRECTIONS
OFFICER JOEL TURNBULL; LIEUTENANT MARK
MASSONG; LIEUTENANT MICHAEL CORMIER;
SERGEANT TONY COEN; CAPTIAN JAMES RIGDON;
CAPTAIN LUIS TELLEZ; CAPTAIN KENNY LANGSTON;
LIEUTENANT TERRY ROMO, STIU CAPTAIN
RICHARD HENDERSON; LIEUTENANT SHELBY MARTIN;
CAPTAIN MIKE SANCHEZ; CORRECTIONS OFFICER
PAUL ARMSTRONG; CORRECTIONS OFFICER
PAUL LOPEZ; LIEUTENANT MATT BACA;
CORRECTIONS OFFICER STEPHEN DEBERRY;
CORRECTIONS OFFICER KYLE MENDOZA; and
CORRECTIONS OFFICER STEPHEN STURGILL,

        Defendants.

## CONSENT TO REMOVAL

Defendant Stephen DeBerry states that he has not yet obtained counsel, but consents to

Removal of the Action entitled *Many Kennedy, et al. v. Secretary of the New Mexico Corrections*

*Department, Gregg Marcantel, et al.*, filed in the First Judicial District Court, the State of New Mexico, County of Santa Fe, Cause No. D-101-CV-2015-00397 to the United States District Court for the District of New Mexico.

_____
Stephen DeBerry

I HEREBY CERTIFY that on the 31 day of August, 2015,
I filed the foregoing electronically through the CM/ECF system,
which caused all parties or counsel of record to be served by electronic
means, as more fully reflected on the Notice of Electronic Filing:

/s/ Stephen DeBerry
　　　Stephen DeBerry